NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone: (310) 590-3927  Fax: (424) 750-5100

ATTORNEY(S) FOR: ALAN J. COHEN; SEXUBRA, LLC, and THER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN J. COHEN; SEXUBRA, LLC, and THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff(s),<br>v.<br>REX MARKETING SRL S.A.<br><br>Defendant(s) | CASE NUMBER:<br>2:16-cv-02270<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff ALAN J. COHEN; SEXUBRA, LLC, and THERMOLIFE INTERNATI
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ron Kramer | Member of THERMOLIFE INTERNATIONAL, LLC |
| Alan J. Cohen | Member of SEXUBRA, LLC |

04/01/2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Robert Tauler